389 A.2d 686

Commonwealth v. Wesley, Appellant.

Submitted September 12, 1977. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Steven H. Goldblatt, Deputy District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.